The People of the State of New York, Respondent,
against
Dennis Giron, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Eugene Schwartzwald, J.H.O.), rendered March 12, 2018, convicting him, upon a plea of guilty, of violating Public Health Law § 229, and imposing sentence.




Per Curiam.
Judgment of conviction (Eugene Schwartzwald, J.H.O.), rendered March 12, 2018, reversed, on the law, accusatory instrument dismissed, and fine, if paid, remitted.
We agree with defendant that the record fails to establish that he understood the nature of the offense to which he was pleading, and that his plea was not knowing, intelligent and voluntary (see People v Conceicao, 26 NY3d 375, 382-383 [2015]). Inasmuch as defendant has served his sentence, we dismiss the accusatory instrument in lieu of ordering a new trial. We note the absence of a respondent's brief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 9, 2019